Print Form



# Department of the Treasury
*Federal Law Enforcement Agencies*
PROCESS RECEIPT AND RETURN

| | | | |
|---|---|---|---|
| **PLAINTIFF** | United States of America | **COURT CASE NUMBER** | 3:20-cv-917-J-32MCR |
| **DEFENDANT** | $420,000.00 | **TYPE OF PROCESS** | Warrant of Arrest In Rem (seizure) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
$420,000.00
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Bonnie A. Glober
U.S. Attorney's Office
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202-4270

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Asset ID No. 20-USS-000195

Pursuant to the attached Warrant of Arrest in rem, please seize the funds in accordance with the law. A copy of the Verified Complaint for Forfeiture in rem is also attached.

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Bonnie Glober* (signature)
TELEPHONE NO. 904/301-6300
DATE 8/19/20

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE

[ ] A person of suitable age and discretion then residing In the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE 08/19/20
TIME OF SERVICE
[ ] AM  [ ] PM
SIGNATURE, TITLE AND TREASURY AGENCY
*(signature)* Woods USSS

**REMARKS:**
On 08/19/2020, $420,000.00 in U.S. Currency was seized. The currency was originally seized on 08/17/2020.

TD F 90-22.48 (6/96)